Todd A. Hanchett, OSB No. 992787
todd.hanchett@stoel.com
John B. Dudrey, OSB No. 083085
john.dudrey@stoel.com
STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000
Portland, OR 97205
Telephone: (503) 224-3380
Facsimile: (503) 220-2480
Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| CORBYN VANCE and LOGAN VANCE, individually and on behalf of others similarly situated,<br><br>          Plaintiffs,<br><br>     v.<br><br>CUARTO LLC, an Oregon limited liability company, SEPTIMO LLC, an Oregon limited liability company, LBB LLC, an Oregon limited liability company, SEXTO LLC, an Oregon limited liability company, PRIMERO LLC, an Oregon limited liability company, SEGUNDO LLC, an Oregon limited liability company, QUINTO LLC, an Oregon limited liability company, OCTAVO LLC, an Oregon limited liability company, NOVENO LLC, an Oregon limited liability company, collectively all doing business as LITTLE BIG BURGER and MICAH CAMDEN and KATHERINE POPPE, individually,<br><br>          Defendants. | Case No.: 6:14-cv-00777-MC<br><br>ORDER and FINAL JUDGMENT WITH PREJUDICE |

Having considered the Unopposed Motion for Final Approval of Class Action Settlement (Doc.101), and the Motion for Attorneys' Fees, Costs and Service Payments (Doc. 107), and the supporting Declarations, and the Court further having stated its findings on the record at the June 1, 2016 Fairness Hearing, and the complete record in this matter, and for good cause shown

IT IS HEREBY ORDERED AND ADJUDGED

The Court certifies the Stipulated Rule 23 Settlement Class, grants the Motion for Final Approval of Class Action Settlement (Doc. 101), and approves the Stipulated Settlement Agreement (Doc. 101-1), including the release of claims contained therein, as final, fair, reasonable, and binding on all Class Members. The Court further approves the Plaintiffs' Motion for Class Counsel's Attorneys' Fee and Cost Award and dismisses this case with prejudice and without further fees or costs to any Party.

The Court retains jurisdiction over this action for the purpose of enforcing the Settlement Agreement and its implementation.

IT IS SO ORDERED: _June 6_____, 2016.

_____
The Honorable Michael J. McShane
United States District Judge